IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **BRANDY KOSUB,** § | |
| § | |
| PLAINTIFF, § | |
| vs. § | |
| § | CIVIL ACT. NO. 5:23-cv-00049-FB |
| **ROBERT TAIYO GUERRA AND** § | |
| **ACADIAN AMBULANCE SERVICE, INC.,** § | |
| § | |
| DEFENDANT. § | |

**PLAINTIFF'S REQUEST FOR HEARING ON PLAINTIFF'S CORRECTED MOTION TO REMAND AND MOTION FOR LEAVE TO AMEND PLEADING**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

NOW COMES Plaintiff Brandy Kosub, Movant herein, pursuant to 28 U.S.C. § 1447(c), and files this Request for Hearing on Plaintiff's First Corrected Motion to Remand and Motion for Leave to Amend Pleading in this action previously removed from the 81st Judicial District Court, Wilson County, Texas, and states as follows:

This is a standard car wreck case. Defendants improperly removed the case to this Court to cause delay and avoid a pending Motion to compel hearing. Plaintiff filed a Motion to Remand on or about January 30, 2023, and a Reply on February 20, 2023. Plaintiff requests that this case be remanded back to state Court as soon as possible, and would request a hearing, if necessary, to help facilitate the remand.

**DE LEON LAW OFFICE**
219 N. Alamo St., Suite 300
San Antonio, Texas 78205
Telephone: (210) 684-4433
Facsimile: (210) 247-9631
Email: eric@deleonlawoffice.com

_/s/ Eric D. Leon_
GILBERT ERIC DE LEON
State Bar No. 24045763

          **ATTORNEY FOR PLAINTIFF**
          **BRANDY KOSUB**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record and parties via the Court's ECF system, this 19th day of July, 2023.

_____
**G. Eric De Leon**